THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRESTON WILSON, an individual, | CASE NO. C21-0849-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GERARDO PONCE and JANE/JOHN DOE PONCE, individually and as a marital community; and PENSKE TRUCK LEASING CO., LP., OF WASHINGTON, a foreign limited partnership, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of withdrawal (Dkt. No. 9). Pursuant to Local Civil Rule 83.2, the parties hereby stipulate to the withdrawal of Rodney L. Umberger and Drew V. Lombardi of Williams, Kastner & Gibbs PLLC as counsel of record in this action for Defendants Gerardo Ponce and Jane Doe Ponce. Mr. Umberger and Mr. Lombardi will remain counsel of record for Defendant Penske Truck Leasing Co., L.P.

It is so ORDERED.

//

DATED this 3rd day of September 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk