1  Rodney L. Umberger, WSBA No. 24948          Honorable John H. Chun
2  Joshua H. Tinajero, WSBA No. 55949
   WILLIAMS, KASTNER & GIBBS PLLC
3  Two Union Square
   601 Union Street, Suite 4100
4  Seattle, WA 98101-2380
   Phone: 206.628.6600
5  Fax: 206.628.6611
   Email: rumberger@williamskastner.com
6  Email: jtinajero@williamskastner.com
   ***Attorneys for Penske Truck Leasing Co., LP, of Washington***

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRESTON WILSON, an individual | CASE NO.  2:21-cv-00849-JCC |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |
| v. | [CLERK'S ACTION REQUIRED] |
| GERARDO PONCE and JANE/JOHN doe PONCE, individually and as a marital community; and PENSKE TRUCK LEASING Co., L.P. OF WASHINGTON, a foreign limited partnership, | |
| Defendants. | |

**STIPULATION**

IT IS HEREBY stipulated and agreed by the Parties hereto, through their undersigned attorneys of record, that all claims asserted by Plaintiff Preston Wilson against Defendants Gerardo Ponce and Jane/John Doe Ponce, and Penske Truck Leasing CO. L.P. of Washington, are dismissed with prejudice and without an award of attorney fees or costs to any party.

DATED this 13th day of February, 2023.

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS
WITH PREJUDICE - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7706771.1

1

2 LAW OFFICE OF J.D. SMITH, PLLC          WILLIAMS, KASTNER & GIBBS PLLC

3

4 By: s/J.D. Smith                        By: s/Joshua H. Tinajero
   J.D. Smith, WSBA #28246                   Rodney L. Umberger, WSBA #24948
5  8015 SE 28th Street, Suite 212            Joshua H. Tinajero, WSBA #55949
   Mercer Island, WA 98040
6  Telephone:  (206) 588-8529             601 Union Street, Suite 4100
7  Email:  JD@JDSmithLaw.com              Seattle, WA 98101-2380
                                          Telephone:  (206) 628-6600
8  **Attorneys for Plaintiff Preston Wilson**   Email:   rumberger@williamskastner.com
                                                   jtinajero@williamskastner.com
9
                                          **Defendant Penske Truck Leasing Co., L.P.**
10

11 Defendant Gerado Ponce, Pro Se

12

13

14 By: s/Gerardo Ponce
       Gerardo Ponce
15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS
WITH PREJUDICE - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7706771.1

**ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that all claims

asserted by Plaintiff Preston Wilson against Defendants Gerardo Ponce and Jane/John Doe

Ponce, and Penske Truck Leasing CO. L.P. of Washington, are dismissed with prejudice and

without an award of attorney fees or costs to any party.

DATED this 13th day of February, 2023.

_____
HON. JOHN H. CHUN
UNITED STATES DISTRICT COURT

LAW OFFICE OF J.D. SMITH, PLLC          WILLIAMS, KASTNER & GIBBS PLLC


By: *J.D. Smith*_____          By: *s/Joshua H. Tinajero*_____
   J.D. Smith, WSBA #28246                     Rodney L. Umberger, WSBA #24948
                                               Joshua H. Tinajero, WSBA #55949

8015 SE 28th Street, Suite 212
Mercer Island, WA 98040                    601 Union Street, Suite 4100
Telephone:  (206) 588-8529                 Seattle, WA 98101-2380
Email:  JD@JDSmithLaw.com                  Telephone:  (206) 628-6600
                                           Email:  rumberger@williamskastner.com
**Attorneys for Plaintiff Preston Wilson**            jtinajero@williamskastner.com

                                           **Defendant Penske Truck Leasing Co., L.P.**


Defendant Gerado Ponce, Pro Se



By: *s/Gerardo Ponce*_____
   Gerardo Ponce


STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS          **Williams, Kastner & Gibbs PLLC**
WITH PREJUDICE - 3                                        601 Union Street, Suite 4100
                                                          Seattle, WA 98101-2380
                                                          (206) 628-6600

7706771.1

1

2

## CERTIFICATE OF FILING AND SERVICE

3
   I hereby certify that on February 13th, 2023, I electronically filed the foregoing and all

4
referenced attachments with the Clerk of the Court using the CM/ECF system which will send

5
notification of such filing to those registered with CM/ECF.

6

| J.D. Smith, WSBA #28246<br>Law Office of J.D. Smith, PLLC<br>8015 SE 28th Street, Suite #212<br>Mercer Island, WA 98040<br>Telephone: (206) 588-8529<br>Email: JD@JDSmithLaw.com and<br>Jocelyn Gil - Jocelyn@jdsmithlaw.com<br><br>***Attorney for Plaintiff Preston Wilson*** | **SENT VIA:**<br><br>☒ E-File/E-Serve<br>☐ Regular U.S. Mail<br>☐ Legal Messenger<br>☐ Email |
| :--- | :--- |
| Gerardo Ponce and Jane Doe, *Pro Se Defendants*<br>3509 North Rockwell Avenue<br>Bethany, OK 73008 | **SENT VIA:**<br><br>☐ E-File/E-Serve<br>☐ Regular U.S. Mail<br>☐ Legal Messenger<br>☒ Email |

7

8

9

10

11

12

13

14

15
   DATED this 13th day of February 2023.

16

17
/s/Tony Dondero
Tony Dondero, Legal Assistant

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS
WITH PREJUDICE - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600